| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Scott Kosner, (SBN 172379)<br>Scott Kosner, SBN 172379<br>LAW OFFICES OF TYSON TAKEUCHI<br>1055 Wilshire Blvd., Suite 850<br>Los Angeles, CA 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com<br>scottk@tysonfirm.com<br><br>☐ *Chapter 13 trustee*<br>☒ *Attorney for:*  Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 18 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** carranza **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - DIVISION** ||
| In re:<br>Hui Chen Shen<br><br><br><br>Debtor(s). | CASE NO.: 2:16-21755-SK<br>CHAPTER: 13<br><br>**ORDER ON APPLICATION FOR FEES PURSUANT TO 11 U.S.C. § 503 AND LBR3015-1(q)(6)(A)**<br><br>DATE: August 24, 2017<br>TIME: 10:00 AM<br>CTRM: 255 East Temple Street, Courtroom 1575<br>     Los Angeles, CA 90012 |

Based on the Application for Fees (Application) filed on (*date*) July 27, 2017  as docket entry number 44 and the recommendation of the chapter 13 trustee, the court orders as follows:

☒  that the sum of $5,000 is allowed Applicant as compensation for extraordinary services referred to in the Application and the chapter 13 trustee is directed to pay the unpaid balance of $4,000 from the estate of the Debtor as funds permit pursuant to 11 U.S.C. § 503 and LBR3015-1(q)(6)(A).

☐  that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐  that the Application be set for hearing on: (*date*) _____ at (*time*) _____.

Comments:

Date: September 18, 2017

_Sandra R. Klein_
Sandra R. Klein
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                        Page 1                        F 3015-1.12.ORDER.CH13.FEES